IT IS SO ORDERED.

Dated: January 11, 2016
     11:03:53 AM

_____
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: RICHARD VOGLER | ) | CASE NO. 15-41472 |
| DEBTOR | ) | JUDGE KAY WOODS |
| | ) | Chapter 13 |

ORDER REDUCING CLAIM

Upon objection of Debtor, to the allowance of the claim 1 of Springleaf Financial Services of Ohio, Inc., filed herein on 9/01/15 in the amount of $3275.97 unsecured with interest at 24.99%, this matter now comes before the Court. The Court finds that it has received no response to said Objection after due notice was given by United States mail to said Claimant.

It is therefore

ORDERED that claim number 1 of Springleaf Financial Services of Ohio, Inc., filed herein on 9/01/15 in the amount of $3275.97 unsecured with interest at 24.99% be reduced to $3275.97 unsecured with interest at 0% to be paid.

###

## INSTRUCTIONS TO THE CLERK

Please serve a copy of the foregoing upon the following:

Springleaf Financial P.O Box 3251 Evansville, IN 47731

Michael A. Gallo, Trustee, serve electronically, Michael A. Gallo, Trustee, 5048 Belmont Ave., Youngstown, Ohio 44505.

US Trustee serve electronically

Chester Horlick serve electronically, 5815 Market St., Youngstown, OH 44512